NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**INTUITIVE SURGICAL, INC.,**
*Appellant*

**v.**

**REX MEDICAL, L.P.,**
*Appellee*

---

2021-1862

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2020-00152.

---

## JUDGMENT

---

STEVEN KATZ, Fish & Richardson, PC, Boston, MA, argued for appellant. Also represented by RYAN PATRICK O'CONNOR, JOHN C. PHILLIPS, San Diego, CA.

DENA CHEN, Cooley LLP, Palo Alto, CA, argued for appellee. Also represented by ERIK BENTON MILCH, JOSEPH VAN TASSEL, JENNIFER VOLK, Reston, VA; FRANK V. PIETRANTONIO, Washington, DC.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (LOURIE, MAYER, and CUNNINGHAM, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

December 9, 2021     /s/ Peter R. Marksteiner
Date            Peter R. Marksteiner
               Clerk of Court